```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


KENNETH SNYDER and              :       CIVIL ACTION
JACQUELINE SNYDER               :
                                :
     v.                         :
                                :
TAWOOS BAZARGANI and            :
PAUL BAGHERPOUR                 :       NO. 02-8845
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                         July 2, 2008

The defendant Tawoos Bazargani has filed a document entitled "Defendant Tawoos Bazargani, M.D.'s Motion to Object and Therefore, to Reject and to Return the Plaintiffs' Attached Check." The document is virtually incomprehensible, but the underlying facts have been established in earlier phases of this litigation. Plaintiffs obtained a judgment against Dr. Bazargani. The judgment was upheld on appeal to the Third Circuit Court of Appeals. Plaintiffs attempted to obtain satisfaction of the judgment by levying on bank accounts held by PNC, but the bank denied having any accounts in Dr. Bazargani's name alone. (Apparently, Dr. Bazargani was one of two named depositors at PNC.)

Unable to collect their judgment from these bank accounts, plaintiffs levied upon certain real estate owned by Dr. Bazargani. The defendant received notice of the Marshal's sale, but did not participate. The property was sold for a price in

excess of the amount of plaintiffs' judgment, and the balance was returned by the Marshal to Dr. Bazargani (apparently, $52,276). The pending motion reflects Dr. Bazargani's continued belief that her rights have been trampled upon, but it is quite clear that she is in error.  Since the judgment against her has been upheld by the Court of Appeals, since the Marshal's sale was properly held, and since all issues have been resolved by these previous proceedings, the case is over.  The pending motion will therefore be denied.

        An Order follows.

```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KENNETH SNYDER and<br>JACQUELINE SNYDER | : | CIVIL ACTION |
| v. | : | |
| TAWOOS BAZARGANI and<br>PAUL BAGHERPOUR | : | NO. 02-8845 |

ORDER

AND NOW, this 2nd day of July 2008, upon consideration of "Defendant Tawoos Bazargani, M.D.'s Motion to Object and Therefore, to Reject and to Return the Plaintiffs' Attached Check," and plaintiffs' response," IT IS ORDERED:

That the motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam, Sr. J.